IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL FUNDS HELD IN CITIBANK )<br>ACCOUNT NUMBER 9964154187 IN )<br>THE NAMES SPACE GOLD LLC, and )<br>ALL FUNDS HELD IN WACHOVIA BANK )<br>ACCOUNT NUMBER 2000019725329 IN )<br>THE NAME SPACE GOLD LLC, )<br>)<br>Defendants. ) | Civil Action No. 07-253-MPT |

### JUDGMENT AND DECREE OF FORFEITURE

For the reasons stated in the Court's order of October 24, 2007 (D.I. 16);

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of plaintiff United States of America and against Defendants *in rem* all funds held in Citibank Account No. 9964154187 in the name Space Gold LLC, and all funds held in Wachovia Bank Account No. 2000019725329 in the name Space Gold LLC.

IT IS FURTHER ORDERED that Defendants *in rem* are forfeit to the United States of America and all right, title or interest in the property shall be disposed of in accordance with the terms of 18 U.S.C. § 981(a)(1)(A), and other applicable law, and all other claims and interest in said property are forever foreclosed and barred. The United States Marshal or other appropriate agency, shall dispose of said property in the

manner provided for upon forfeiture of personality under applicable law.

March 7, 2008
Wilmington, Delaware

_____
UNITED STATES MAGISTRATE JUDGE

_____
(by) Deputy Clerk